**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7391

MARSHALL FONTANA WIGGS,

Plaintiff - Appellant,

v.

BUCK WILSON, Public Health Director; DR. MUHAMMAD WASI HAQ;
ROBERT HARDY; ARCHIE MALLOY, Head of Cumberland County
Detention Center Medical Staff; EARL BUTLER, Sheriff; JOHN
MCRAINEY, Major; LIEUTENANT IVY; PATRICIA PURNELL, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Terrence W. Boyle,
District Judge. (5:11-ct-03188-BO)

Submitted: January 21, 2014      Decided: January 23, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marshall Fontana Wiggs, Appellant Pro Se.   Amy Ruth Holbrook,
BROWN LAW, LLP, Raleigh, North Carolina; Ronnie Monroe Mitchell,
MITCHELL LAW GROUP, Fayetteville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall Fontana Wiggs appeals the district court's orders denying Wiggs' motion to amend his 42 U.S.C. § 1983 (2006) complaint to add two new defendants and granting Defendants summary judgment in Wiggs' § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wiggs v. Wilson, No. 5:11-ct-03188-BO (E.D.N.C. Jan. 4, 2013 & Aug. 16, 2013). We deny Wiggs' motion for the appointment of counsel on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED